# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142881 & (9)(14)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

PERSCELL DOYLE DAVID,
       Defendant-Appellant.

_____/

SC:  142881
COA: 302094
Oakland CC:  1998-161463-FC

On order of the Court, the application for leave to appeal the March 11, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).  The motion for appointment of counsel and the motion to remand for an evidentiary hearing are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

Clerk

h0829